# Court of Appeals
# of the State of Georgia

ATLANTA, July 31, 2013

*The Court of Appeals hereby passes the following order*

**A13D0471. ANDREA BANDERAS v. WRI CAPITAL GROUP A/K/A COLFIN AT-GA I, LLC.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

13A47151



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, July 31, 2013.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*